**Richard SADLER, Appellant,**

v.

**TOWN AND COUNTRY EXTERIORS, Respondent.**

No. 61749.

Missouri Court of Appeals,
Eastern District,
Division Four.

Dec. 8, 1992.

Edwin J. Olson, Madigan & Olson, St. Louis, for appellant.

Timothy M. Tierney, Evans & Dixon, St. Louis, for respondent.

PER CURIAM.

An appeal from an award of the Labor and Industrial Relations Commission affirming the denial of compensation by an Administrative Law Judge under the Workers' Compensation Act.

Our decision in *Cole v. Town & Country Exteriors,* 837 S.W.2d 580 (Mo.App.1992), is dispositive. Another opinion reciting the detailed facts and restating the same principles of law would have no precedential value.

The judgment is affirmed in accordance with Rule 84.16(b).

**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Cedric RICE, Defendant/Appellant.**

No. 61187.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 8, 1992.

John Klosterman, St. Louis, for defendant/appellant.

William L. Webster, Atty. Gen., Joan F. Gummels, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

## ORDER

PER CURIAM.

Defendant appeals his conviction by a jury of second degree attempted robbery, §§ 564.011, 569.030, RSMo 1986. The court sentenced him as a prior and persistent offender, §§ 558.016, .019, RSMo Supp.1990, to a term of three years. We affirm. We have reviewed the record and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 30.25(b).